**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-1129

MISSIE M. SAFFORD,

Plaintiff - Appellant,

v.

PORTERS NECK COUNTRY CLUB, INCORPORATED; RAY ARMINI; DENNIS MANDRAGONA,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (7:08-cv-00220-D)

Submitted:  June 1, 2010                    Decided:  June 7, 2010

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Missie M. Safford, Appellant Pro Se.  Stephen C. McIntyre, William Augustus Oden, III, WARD & SMITH, PA, Wilmington, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Missie M. Safford appeals the district court's order granting her former employer's motion to dismiss her employment discrimination complaint as time-barred. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Safford v. Porters Neck Country Club, Inc.</u>, No. 7:08-cv-00220-D (E.D.N.C. Jan. 21, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>